HARBIN *v.* THE STATE.

FISH, C. J.  There being no complaint that error was committed by the court on the trial, and the evidence being amply sufficient to warrant the verdict, the court did not err in refusing a new trial.

*Judgment affirmed.  All the Justices concur.*

Argued March 19,—Decided May 10, 1906.

Indictment for assault with intent to murder.  Before Judge Roan.  Fulton superior court.  January 6, 1906.

*T. W. Rucker* and *J. E. McClelland,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.

---

BROWN *v.* CITY OF GAINESVILLE.

FREEMAN *v.* MAYOR AND COUNCIL OF GAINESVILLE.

COBB, P. J.  1. "Points made in a petition for certiorari not verified by the answer of the trial judge present nothing for determination either by the superior or the Supreme Court."  *Little* v. *Fort Valley,* 123 *Ga.* 503.

2. When an answer to a petition for certiorari does not verify an allegation in the petition that there was a final judgment rendered, and no steps are taken to perfect the answer, neither the superior court nor the Supreme Court can properly undertake to pass on the merits of the assignments of error made in the petition.  *Jessey* v. *Dean,* 122 *Ga.* 371.

*Judgment in each case affirmed.  All the Justices concur.*

Submitted March 20,—Decided May 10, 1906.

Certiorari.  Before Judge Kimsey.  Hall superior court.  January 30, 1906.

*W. B. Sloan* and *B. P. Gaillard, Jr.,* for plaintiffs in error.

*J. G. Collins,* contra.